G. Thomas Martin, III, Esq. (SBN 218456)
**PRICE LAW GROUP, APC**
15760 Ventura Blvd., Suite 1100
Encino, CA 91436
T: (818) 907-2030; F: (818) 205-2730
tom@plglawfirm.com

Attorneys for Plaintiff.
Heather Esget

# UNITED STATES DISTRICT COURT

# EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Heather Esget,<br><br>　　　　Plaintiff,<br>　　v.<br><br>Central Portfolio Control Inc,<br><br>　　　　Defendant. | **Case No. 1:11-cv-0058-AWI-SMS**<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND ORDER**<br><br>Courtroom: #7 (6th Floor) |

Plaintiff, Heather Esget, filed the present action against Central Portfolio Control, Inc. ("CPC") on or about 01/12/11. The parties subsequently resolved the action in its entirety. As part of said resolution, the parties agree to dismiss the entire action with prejudice.

IT IS HEREBY STIPULATED by and between the parties to this action through their designated counsel that the above captioned action is dismissed with prejudice pursuant to Fed. R. Civ. Pro. 41.

///

1

1  Dated:      04/19/11          PRICE LAW GROUP, APC

2                                /s/ G. Thomas Martin, III
3                                G. Thomas Martin, III, Esq.
                                 Attorney for Plaintiff,
4                                Heather Esget

5

6

7  Dated:      04/19/11           Moss & Barnett

8                                _____/s/_____
                                 Michael S. Poncin, Esq.
9                                Attorney for defendant,
                                 Central Portfolio Control, Inc
10

11
                                **ORDER**
12

13

14

15  IT IS SO ORDERED.

16  Dated:  July 25, 2011        _____
                                 CHIEF UNITED STATES DISTRICT JUDGE
17

18

19

20

21

22

23

24

25

26

27

28                                        2

Stipulation of Dismissal and Order